IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on November 3, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. _____ |
| | ) | |
| | ) | Count 1:    Bank Fraud, 18 U.S.C. § 1344 |
| vs. | ) | |
| | ) | Count 2:    Uttering and Possessing Forged |
| | ) | Security, 18 U.S.C. § 513(a) |
| MONICA J. CASH, | ) | |
| | ) | Counts 3-10:  False Statements, |
| Defendant. | ) | 18 U.S.C. §§ 2(b), 1001 |
| | ) | |

## INDICTMENT

THE GRAND JURY CHARGES:

## INTRODUCTION

At all times relevant to this Indictment:

1.      The Women's Campaign Fund ("WCF") was a political committee registered with

the Federal Election Commission ("FEC").  WCF was dedicated to supporting "pro-choice"

women seeking political office in state and federal elections.  WCF's support came in the form of

direct campaign contributions, fund raising efforts, media relations, and other political activities.

2.      Defendant MONICA J. CASH was employed by WCF as its Office Manager from

on or about December 18, 2000, through on or about January 14, 2004.

3.      The FEC was an agency of the Executive Branch of the United States Government

that administered and enforced the Federal Election Campaign Act, 2 U.S.C.

§§ 431-455 ("FECA").

4.      A political committee registered with the FEC that seeks to influence a federal

election was required to have a treasurer who was required to file periodic reports with the FEC

relating to the committee's financial activities.  2 U.S.C. §§ 432(a), 434(a), 434(b).

5.      SunTrust Banks, Inc. ("SunTrust") was a financial institution with branch offices

located in the District of Columbia and Maryland.  Deposits into SunTrust's bank accounts were

insured by the Federal Deposit Insurance Corporation ("FDIC").

## COUNT 1:  BANK FRAUD
### (18 U.S.C. § 1344)

6.      The Grand Jury realleges paragraphs 1 through 5, above, as though fully set forth

herein.

7.      As Office Manager, MONICA J. CASH was responsible for all aspects of WCF's

day-to-day operations, including, among other things:  tracking incoming donor contributions,

disbursements, and operating expenditures; entering donor information, contributions amounts,

disbursements, and expenditures into WCF's internal database; filing financial disclosure reports

with the FEC and numerous state election offices on behalf of WCF's Treasurer; making deposits

into WCF bank accounts; and cutting checks to pay vendors and cover operating expenses.

CASH was also responsible for reconciling WCF's bank records and financial statements, travel

planning for staff, event planning for WCF fund-raisers, preparing budget reports for the

organization's treasurer, and coordinating WCF's intern program.

8.      Between in or around early 2001, and continuing through in or around early 2004,

WCF maintained business checking accounts with SunTrust relating to WCF's fund-raising

activities, affiliated Political Action Committee fund-raising activities, and non-profit, charitable

contribution work.  MONICA J. CASH did not have signatory authority on any of these business

checking accounts, which include, but are not limited to, the following:

     i.     SunTrust Account No. XXXXXXXXX (WCF Federal Account);

     ii.     SunTrust Account No. XXXXXXXXX (WCF Direct Mail Account);

     iii.     SunTrust Account No. XXXXXXXXX (WCF Allocation Account);

     iv.     SunTrust Account No. XXXXXXXXX (WCF Non-Federal Account #2);

     v.     SunTrust Account No. XXXXXXXXX (WCF Business Checking

     Account); and

     vi.     SunTrust Account No. XXXXXXXXX (WCF Non-Federal Account #1).

9.     It was part of the scheme and artifice that MONICA J. CASH embezzled

approximately $83,050 in cash from WCF by drafting approximately 58 WCF checks made

payable to "Monica Cash" or "Cash."  After drafting these WCF checks, CASH forged the

signatures of WCF employees whom CASH believed had signatory authority on certain WCF

checking accounts maintained at SunTrust.

10.     It was also a part of the scheme and artifice that MONICA J. CASH presented,

negotiated, and deposited each forged WCF check into her personal checking accounts at

SunTrust or, alternatively, obtained cash.

11.     It was also a part of the scheme or artifice that MONICA J. CASH concealed

these disbursements from WCF's business checking accounts by deleting the transactions from

WCF's internal database in order to avoid detection.

12.     From on or about July 30, 2001, and continuing through on or about December

26, 2003, in the District of Columbia and elsewhere, defendant MONICA J. CASH willfully

devised, executed, and attempted to execute a scheme and artifice (a) to defraud SunTrust, a

financial institution as defined in 18 U.S.C. § 20, and (b) to obtain monies, funds, credits, assets,

securities, or other property owned by, or under the control of, SunTrust, a financial institution as

defined in 18 U.S.C. § 20, by means of materially false and fraudulent pretenses, representations,

and promises, that is, by drafting and forging the signatures of WCF employees onto the

SunTrust checks listed below, and then presenting and negotiating those checks either by

depositing the forged WCF check into her personal checking accounts at SunTrust or obtaining

cash as follows:

## **TABLE A**

| Trans. Number | Date Check Issued | Date Check Cleared | Check Number | SunTrust Acct. Where Check Drawn | Check Amount | Payee | WCF Signatory | Endorsing Signature | SunTrust Acct. Where Check Negotiated |
|---|---|---|---|---|---|---|---|---|---|
| 1. | 07/30/01 | 07/30/01 | 3685 | xxxxxxxxx | $1,500 | Monica Cash | Executive Dir. | Monica Cash | xxxxxxxxx |
| 2. | 08/08/01 | 08/15/01 | 7161 | xxxxxxxxx | $3,000 | Monica Cash | Illegible | Monica Cash | xxxxxxxxx |
| 3. | 08/08/01 | 08/08/01 | 7162 | xxxxxxxxx | $3,000 | Monica Cash | Executive Dir. | Monica Cash | xxxxxxxxx |
| 4. | 08/31/01 | 08/31/01 | 3687 | xxxxxxxxx | $500 | Cash | Executive Dir. | Monica Cash | |
| 5. | 09/12/01 | 09/12/01 | 7168 | xxxxxxxxx | $400 | Cash | Political Dir. | Monica Cash | xxxxxxxxx |
| 6. | 09/24/01 | 09/24/01 | 3692 | xxxxxxxxx | $2,000 | Monica Cash | Executive Dir. | Monica Cash | xxxxxxxxx |
| 7. | 10/02/01 | 10/03/01 | 7169 | xxxxxxxxx | $1,000 | Monica Cash | Executive Dir. | Monica Cash | xxxxxxxxx |
| 8. | 10/15/01 | 10/15/01 | 7171 | xxxxxxxxx | $500 | Cash | Political Dir. | Monica Cash | xxxxxxxxx |
| 9. | 10/25/01 | 10/25/01 | 7174 | xxxxxxxxx | $1,500 | Monica Cash | Executive Dir. | Monica Cash | xxxxxxxxx |
| 10. | 11/09/01 | 11/09/01 | 4060 | xxxxxxxxx | $1,500 | Cash | Executive Dir. | Monica Cash | xxxxxxxxx |
| 11. | 11/15/01 | 11/15/01 | 7177 | xxxxxxxxx | $1,000 | Monica Cash | Executive Dir. | Monica Cash | xxxxxxxxx |
| 12. | 11/20/01 | 11/21/01 | 3702 | xxxxxxxxx | $800 | Monica Cash | Political Dir. | Monica Cash | xxxxxxxxx |
| 13. | 11/25/01 | 11/26/01 | 3703 | xxxxxxxxx | $1,500 | Monica Cash | Political Dir. | Monica Cash | xxxxxxxxx |
| 14. | 12/14/01 | 12/17/01 | 3704 | xxxxxxxxx | $2,000 | Monica Cash | Executive Dir. | Monica Cash | xxxxxxxxx |
| 15. | 12/20/01 | 12/21/01 | 7180 | xxxxxxxxx | $1,000 | Monica Cash | Illegible | Monica Cash | xxxxxxxxx |
| 16. | 12/24/01 | 12/24/01 | 7181 | xxxxxxxxx | $600 | Cash | Executive Dir. | Monica Cash | xxxxxxxxx |
| 17. | 01/04/02 | 01/04/02 | 4107 | xxxxxxxxx | $300 | Monica Cash | Executive Dir. | Monica Cash | xxxxxxxxx |

-4-

| 18. | 01/11/02 | 01/11/02 | 4117 | xxxxxxxxx | $500 | Cash | Executive Dir. | Monica Cash | xxxxxxxxx |
| 19. | 01/29/02 | 01/29/02 | 7184 | xxxxxxxxx | $600 | Cash | Executive Dir. | Monica Cash | xxxxxxxxx |
| 20. | 02/04/02 | 02/04/02 | 7186 | xxxxxxxxx | $500 | Cash | Executive Dir. | Monica Cash | xxxxxxxxx |
| 21. | 04/05/02 | 04/08/02 | 7189 | xxxxxxxxx | $500 | Monica Cash | Executive Dir. | Monica Cash | xxxxxxxxx |
| 22. | 04/22/02 | 04/24/02 | 7191 | xxxxxxxxx | $1,500 | Cash | Executive Dir. | Monica Cash | xxxxxxxxx |
| 23. | 05/02/02 | 05/02/02 | 3723 | xxxxxxxxx | $1,000 | Monica Cash | Executive Dir. | Monica Cash | xxxxxxxxx |
| 24. | 05/16/02 | 05/16/02 | 3724 | xxxxxxxxx | $3,000 | Cash | Executive Dir. | Monica Cash | xxxxxxxxx |
| 25. | 06/07/02 | 06/10/02 | 3725 | xxxxxxxxx | $1,500 | Monica Cash | Executive Dir. | Monica Cash | xxxxxxxxx |
| 26. | 06/21/02 | 06/24/02 | 3727 | xxxxxxxxx | $3,000 | Monica Cash | Executive Dir. | Monica Cash | xxxxxxxxx |
| 27. | 07/05/02 | 07/05/02 | 3439 | xxxxxxxxx | $1,200 | Cash | Executive Dir. | Monica Cash | xxxxxxxxx |
| 28. | 07/31/02 | 07/31/02 | 3729 | xxxxxxxxx | $2,000 | Monica Cash | Executive Dir. | Monica Cash | xxxxxxxxx |
| 29. | 08/19/02 | 08/19/02 | 7200 | xxxxxxxxx | $3,000 | Monica Cash | Executive Dir. | Monica Cash | xxxxxxxxx |
| 30. | 09/04/02 | 09/05/02 | 3730 | xxxxxxxxx | $1,500 | Monica Cash | Executive Dir. | Monica Cash | xxxxxxxxx |
| 31. | 09/13/02 | 09/16/02 | 4382 | xxxxxxxxx | $500 | Cash | Executive Dir. | Monica Cash | xxxxxxxxx |
| 32. | 09/27/02 | 09/30/02 | 4388 | xxxxxxxxx | $500 | Cash | Executive Dir. | Monica Cash | xxxxxxxxx |
| 33. | 10/11/02 | 10/11/02 | 7205 | xxxxxxxxx | $1,500 | Monica Cash | Executive Dir. | Monica Cash | xxxxxxxxx |
| 34. | 11/04/02 | 11/06/02 | 7207 | xxxxxxxxx | $3,000 | Cash | Executive Dir. | Monica Cash | xxxxxxxxx |
| 35. | 11/21/02 | 11/25/02 | 3444 | xxxxxxxxx | $800 | Cash | Executive Dir. | Monica Cash | xxxxxxxxx |
| 36. | 12/06/02 | 12/09/02 | 4475 | xxxxxxxxx | $1,400 | Cash | Executive Dir. | Monica Cash | xxxxxxxxx |
| 37. | 01/08/03 | 01/08/03 | 4434 | xxxxxxxxx | $250 | Monica Cash | Executive Dir. | Monica Cash | xxxxxxxxx |
| 38. | 01/17/03 | 01/21/03 | 7210 | xxxxxxxxx | $500 | Monica Cash | Executive Dir. | Monica Cash | xxxxxxxxx |
| 39. | 02/06/03 | 03/24/03 | 6348 | xxxxxxxxx | $1,000 | Monica Cash | Executive Dir. | Monica Cash | xxxxxxxxx |
| 40. | 02/21/03 | 02/26/03 | 3733 | xxxxxxxxx | $1,500 | Monica Cash | Executive Dir. | Monica Cash | xxxxxxxxx |
| 41. | 03/04/03 | 03/12/03 | 3734 | xxxxxxxxx | $1,000 | Monica Cash | Executive Dir. | Monica Cash | xxxxxxxxx |
| 42. | 03/18/03 | 03/20/03 | 3446 | xxxxxxxxx | $600 | Monica Cash | Executive Dir. | Monica Cash | xxxxxxxxx |
| 43. | 04/03/03 | 04/07/03 | 3739 | xxxxxxxxx | $1,000 | Monica Cash | Executive Dir. | Monica Cash | xxxxxxxxx |
| 44. | 04/14/03 | 04/15/03 | 3447 | xxxxxxxxx | $1,000 | Monica Cash | Executive Dir. | Monica Cash | xxxxxxxxx |
| 45. | 04/24/03 | 04/28/04 | 3740 | xxxxxxxxx | $1,000 | Monica Cash | Executive Dir. | Monica Cash | xxxxxxxxx |
| 46. | 05/21/03 | 05/27/03 | 3448 | xxxxxxxxx | $2,000 | Monica Cash | Executive Dir. | Monica Cash | xxxxxxxxx |
| 47. | 06/10/03 | 06/16/03 | 3748 | xxxxxxxxx | $1,500 | Monica Cash | Executive Dir. | Monica Cash | xxxxxxxxx |
| 48. | 06/24/03 | 06/26/03 | 3449 | xxxxxxxxx | $2,000 | Monica Cash | Executive Dir. | Monica Cash | xxxxxxxxx |
| 49. | 07/02/03 | 07/03/03 | 3753 | xxxxxxxxx | $5,000 | Monica Cash | Executive Dir. | Monica Cash | xxxxxxxxx |

| 50. | 07/28/03 | 07/29/03 | 4263 | xxxxxxxxx | $600 | Monica Cash | Executive Dir. | Monica Cash | xxxxxxxxx |
| 51. | 08/25/03 | 08/26/03 | 7221 | xxxxxxxxx | $1,000 | Monica Cash | Executive Dir. | Monica Cash | xxxxxxxxx |
| 52. | 08/28/03 | 09/02/03 | 3771 | xxxxxxxxx | $2,000 | Monica Cash | Executive Dir. | Monica Cash | xxxxxxxxx |
| 53. | 08/28/03 | 09/03/03 | 3453 | xxxxxxxxx | $1,000 | Monica Cash | Executive Dir. | Not endorsed | xxxxxxxxx |
| 54. | 09/11/03 | 09/12/03 | 7223 | xxxxxxxxx | $1,000 | Monica Cash | Executive Dir. | Monica Cash | xxxxxxxxx |
| 55. | 10/06/03 | 10/0703 | 6364 | xxxxxxxxx | $5,000 | Monica Cash | Executive Dir. | Monica Cash | xxxxxxxxx |
| 56. | 10/22/03 | 10/23/03 | 6369 | xxxxxxxxx | $2,000 | Monica Cash | Executive Dir. | Monica Cash | xxxxxxxxx |
| 57. | 11/17/03 | 11/19/03 | 7228 | xxxxxxxxx | $1,500 | Monica Cash | Executive Dir. | Monica Cash | xxxxxxxxx |
| 58. | 12/23/03 | 12/26/03 | 3457 | xxxxxxxxx | $1,000 | Monica Cash | Executive Dir. | Monica Cash | xxxxxxxxx |

All in violation of Title 18, United States Code, Section 1344.

## COUNT 2:  UTTERING AND POSSESSING A FORGED SECURITY
### (18 U.S.C. § 513(a))

13.  The Grand Jury realleges paragraphs 1 through 11, above, as though fully set forth herein.

14.  From on or about April 5, 2002, and continuing through on or about December 26, 2003, in the District of Columbia and elsewhere, defendant MONICA J. CASH, did knowingly utter and possess forged securities of WCF, with the intent to deceive SunTrust.

All in violation of Title 18, United States Code, Section 513(a).

## COUNTS 3-10:  FALSE STATEMENTS
### (18 U.S.C. § 2(b), 18 U.S.C. § 1001)

15.  The Grand Jury realleges paragraphs 1 through 11, above, as though fully set forth herein.

16.  As a registered political committee, WCF was required by law to file periodic financial disclosure reports with the FEC that accurately reflected, among other things, all of WCF's disbursements, including, but not limited to, all total disbursements as well as the name and address of any person who received a disbursement in an aggregate amount or value in excess of $200 within the

calendar year, together with the date, amount, and purpose of any such disbursement.  2 U.S.C. §§ 434(b)(4), 434(b)(6)(B)(v).

17.    WCF's internal database was the primary tool used by WCF to track donor information, contribution amounts, and disbursements.  The data that MONICA J. CASH entered into WCF's internal database was ultimately used to complete financial disclosure reports filed with the FEC.  Because she maintained WCF's internal database, CASH's duties included preparing the FEC financial disclosure reports.

18.    When prompted, WCF's internal database automatically formatted the recorded data, calculated the financial information, and placed it into the proper FEC disclosure form.  MONICA J. CASH sent the financial disclosure reports to the FEC electronically.

19.    By deleting from the internal database the fraudulent disbursements to herself listed in Table A, above, MONICA J. CASH caused WCF's quarterly and other periodic reports to the FEC to be inaccurate because they understated WCF's actual disbursements.  For example, on or about January 31, 2002, CASH filed a year-end report (FEC Filing No. 26483) with the FEC covering the period July 1, 2001 through December 31, 2001.  In this year-end report, CASH listed WCF's total disbursements as $277,022.88 when, as defendant CASH knew, in truth and in fact, WCF's actual total disbursements was $318,822.88.

20.    From on or about April 12, 2002, and continuing through on or about January 28, 2004, defendant MONICA J. CASH, in the District of Columbia and elsewhere, concerning a matter within the jurisdiction of the FEC, knowingly and willfully made and caused the Treasurer of WCF to make a materially false, fictitious, and fraudulent statement and representation to the FEC, in that CASH caused the Treasurer of WCF to file with the FEC the periodic reports set forth in Table B, below, that falsely

listed WCF's disbursements when, as defendant CASH knew, in truth and in fact, the disbursements were incorrectly stated due to her embezzlement of WCF funds and her attempts to conceal her embezzlement by deleting disbursements to the defendant CASH from WCF's internal database.

## TABLE B

| Count | Date of Filing | FEC Filing Number | Filing Type | Dates Covered By Filing | Total WCF Disbursement Reported In Filing | Actual WCF Disbursement Due To Embezzlement |
|---|---|---|---|---|---|---|
| 3 | 04/12/02 | 32009 | April Quarterly | 01/01/02 - 03/31/02 | $223,260.20 | $225,160.20 |
| 4 | 07/09/02 | 41083 | July Quarterly | 04/01/02 - 06/30/02 | $175,315.22 | $185,815.22 |
| 5 | 10/15/02 | 54595 | Oct. Quarterly | 07/01/02 - 09/30/02 | $137,822.39 | $145,382.39 |
| 6 | 10/21/02 | 57434 | Pre-General | 10/01/02 - 10/16/02 | $50,519.77 | $52,019.77 |
| 7 | 12/04/02 | 67046 | Post-General | 10/17/02 - 11/25/02 | $184,626.52 | $187,626.52 |
| 8 | 01/29/03 | 73035 | Year-End | 11/26/02 - 12/31/02 | $35,854.39 | $37,254.49 |
| 9 | 07/30/03 | 92555 | July Quarterly | 01/01/03 - 06/30/03 | $452,782.34 | $459,532.34 |
| 10 | 01/28/04 | 105414 | Year-End | 07/01/03 - 12/31/03 | $417,357.22 | $427,857.22 |

All in violation of Title 18, United States Code, Sections 2(b) and 1001.

**A TRUE BILL.**

_____

**FOREPERSON OF THE GRAND JURY**

DATED: _____

WILLIAM M. WELCH II
CHIEF, PUBLIC INTEGRITY SECTION


_____
EDWARD P. SULLIVAN
Trial Attorney
U.S. Department of Justice
Criminal Division
Public Integrity Section
1400 New York Avenue, NW
Washington, D.C. 20005
(202) 514-1412