# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 07-064-ESH | MAGIS. NO: |
| V.<br><br>Monica J. Cash | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>Monica J. Cash | FILED<br>MAR 2 1 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| DOB:        PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: | DISTRICT OF ARREST | |
| TO:   ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Bank Fraud; Uttering and Possessing Forged Security; False Statements

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:

18 U.S.C. § 1344; 18 U.S.C. § 513(a); 18 U.S.C. §§ 1001, 2(b)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: JOHN M. FACCIOLA<br>U.S. MAGISTRATE JUDGE | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>John Facciola | DATE ISSUED:<br>3/16/07 |
| CLERK OF COURT:<br>NANCY MAYER-WHITTINGTON | BY DEPUTY CLERK:<br>Melinda L. Pugh | DATE:<br>3/16/07 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 3-16-07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 3-21-07 | DAVID BALDWIN | David Baldwin |
| HIDTA CASE:   Yes   No | | OCDETF CASE:   Yes   No |