UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No. 07-064(ESH) |
| v. ) |  |
| MONICA CASH ) |  |

**DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL
OUTSIDE OF THE JURISDICTION**

Undersigned counsel, respectfully moves the Court to permit the defendant to travel outside of the Jurisdiction on Friday, April 6, 2007 for an Easter family reunion in Pennsylvania.

As grounds for this motion, counsel states:

1.  Ms. Cash is before the Court charged in a seven count indictment with Bank Fraud and related financial crimes. Ms. Cash appeared before the Court on Thursday, March 29, 2007 for a Status Conference. During the hearing the parties informed the Court that discussions have taken place regarding the possible resolution of Ms. Cash's case by the next hearing scheduled for Friday, April 27, 2007.

2.  After the hearing undersigned learned from Ms. Cash that for the past fifteen years her extended family has celebrated the Easter Holiday at her son's house in McKeesport, Pennsylvania. Ms. Cash is a central participant in maintaining the tradition by making the Easter Baskets for the children and with cooking the meals.

3.  Ms. Cash requests permission to travel to the home of her son, Carl Cash, who resides at 2771 Actheson Street, McKeesport, Pennsylvania 15132. Ms. Cash would like to travel on Friday,

April 6 and to return to her home in Temple Hills, Maryland on Monday, April 9, 2007.

    4.    Government counsel, Edward Sullivan, does not oppose the instant Motion.

Wherefore, undersigned counsel respectfully requests the Court to grant Ms. Cash's Motion for Temporary Permission to travel to McKeesport, Pennsylvania for the Easter holiday.

Respectfully submitted,

A.J. Kramer
Federal Public Defender

_____/s_____
Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No. 07-064(ESH) |
| v. ) |  |
| MONICA CASH ) |  |

**ORDER**

Upon consideration of defendant Monica Cash's Motion for Permission to Travel Outside of the Jurisdiction for the Easter Holiday it is hereby

**ORDERED** that defendant's Motion is granted; and it is

**SO ORDERED**

_____                                              _____
DATE                                                          ELLEN S. HUVELLE
                                                              UNITED STATES DISTRICT JUDGE

D.C. Pretrial Agency
United States District Court
333 Constitution Ave., NW
Washington, D.C. 20001

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Edward Sullivan, Esq.
United States Department of Justice
1400 New York Avenue, NW
Washington, DC 20005