UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 0 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No. 07-064(ESH) |
| ) | |
| v. ) | |
| ) | |
| MONICA CASH ) | |

### ORDER

Upon consideration of defendant Monica Cash's Motion for Permission to Travel Outside of the Jurisdiction for the Easter Holiday it is hereby

**ORDERED** that defendant's Motion is granted; and it is

**SO ORDERED**

3/30/07
DATE

ELLEN S. HUVELLE
UNITED STATES DISTRICT JUDGE

D.C. Pretrial Agency
United States District Court
333 Constitution Ave., NW
Washington, D.C. 20001

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Edward Sullivan, Esq.
United States Department of Justice
1400 New York Avenue, NW
Washington, DC 20005