CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

APR 27 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
)
vs. ) Criminal No. 07-64
)
Monica Cash )
)

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

x *Monica Cash*
Defendant

*Ca[signature]*
Counsel for defendant

I consent:

*Edward P. Sullivan*
United States Attorney

Approved:

*E. Shuck*
Judge