**ATTACHMENT A**

**FACTUAL BASIS FOR THE PLEA
OF MONICA J. CASH**

FILED
APR 27 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

This statement is submitted to provide a factual basis for my plea of guilty to the charge of Uttering and Possessing a Forged Security, in violation of Title 18, United States Code, Section 513(a), as set forth in Count 2 of an Indictment filed against me in this matter on March 16, 2007.

At all relevant times:

1. The Women's Campaign Fund ("WCF") was a political committee registered with the Federal Election Commission ("FEC"). WCF was dedicated to supporting "pro-choice" women seeking political office in state and federal elections. WCF's support came in the form of direct campaign contributions, fund raising efforts, media relations, and other political activities.

2. Defendant MONICA J. CASH was employed by WCF as its Office Manager from on or about December 18, 2000, through on or about January 14, 2004.

3. The FEC was an agency of the Executive Branch of the United States Government that administered and enforced the Federal Election Campaign Act, 2 U.S.C. §§ 431-455 ("FECA").

4. A political committee registered with the FEC that seeks to influence a federal election was required to have a treasurer who was required to file periodic reports with the FEC relating to the committee's financial activities. 2 U.S.C. §§ 432(a), 434(a), 434(b).

5. SunTrust Banks, Inc. ("SunTrust") was a financial institution with branch offices located in the District of Columbia and Maryland. Deposits into SunTrust's bank accounts were insured by the Federal Deposit Insurance Corporation ("FDIC").

6.  As Office Manager, CASH was responsible for all aspects of WCF's day-to-day operations, including, among other things: tracking incoming donor contributions, disbursements, and operating expenditures; entering donor information, contributions amounts, disbursements, and expenditures into WCF's internal database; filing financial disclosure reports with the FEC and numerous state election offices on behalf of WCF's treasurer; making deposits into WCF bank accounts; and cutting checks to pay vendors and cover operating expenses; reconciling WCF's bank records and financial statements; and preparing budget reports for the organization's treasurer.

7.  Between in or around early 2001, and continuing through in or around early 2004, WCF maintained business checking accounts with SunTrust relating to WCF's fund-raising activities, affiliated Political Action Committee fund-raising activities, and non-profit, charitable contribution work. CASH did not have signatory authority on any of these business checking accounts.

8.  From on or about July 30, 2001, and continuing through on or about December 26, 2003, in the District of Columbia and elsewhere, CASH embezzled approximately $83,050 in cash from WCF by drafting approximately 58 WCF checks made payable to "Monica Cash" or "Cash." After drafting these WCF checks, CASH forged the signatures of WCF employees whom CASH believed had signatory authority on certain WCF checking accounts maintained at SunTrust.

9.  In addition to taking possession of each forged WCF check, CASH uttered them by presenting, negotiating, and depositing each forged WCF check into her personal checking

accounts at SunTrust or, alternatively, obtaining cash – all with the intent to deceive SunTrust.

The 58 transactions are as follows:

## TABLE A

| Trans. Number | Date Check Issued | Date Check Cleared | Check Number | SunTrust Acct. Where Check Drawn | Check Amount | Payee | WCF Signatory | Endorsing Signature | SunTrust Acct. Where Check Negotiated |
|---|---|---|---|---|---|---|---|---|---|
| 1. | 07/30/01 | 07/30/01 | 3685 | 206703309 | $1,500 | Monica Cash | Executive Dir. | Monica Cash | 703710338 |
| 2. | 08/08/01 | 08/15/01 | 7161 | 206758413 | $3,000 | Monica Cash | Illegible | Monica Cash | 703710338 |
| 3. | 08/08/01 | 08/08/01 | 7162 | 206758413 | $3,000 | Monica Cash | Executive Dir. | Monica Cash | 703710338 |
| 4. | 08/31/01 | 08/31/01 | 3687 | 206703309 | $500 | Cash | Executive Dir. | Monica Cash | |
| 5. | 09/12/01 | 09/12/01 | 7168 | 206758413 | $400 | Cash | Political Dir. | Monica Cash | 703710338 |
| 6. | 09/24/01 | 09/24/01 | 3692 | 206703309 | $2,000 | Monica Cash | Executive Dir. | Monica Cash | 703710338 |
| 7. | 10/02/01 | 10/03/01 | 7169 | 206758413 | $1,000 | Monica Cash | Executive Dir. | Monica Cash | 703710338 |
| 8. | 10/15/01 | 10/15/01 | 7171 | 206758413 | $500 | Cash | Political Dir. | Monica Cash | 703710338 |
| 9. | 10/25/01 | 10/25/01 | 7174 | 206758413 | $1,500 | Monica Cash | Executive Dir. | Monica Cash | 703710338 |
| 10. | 11/09/01 | 11/09/01 | 4060 | 206703279 | $1,500 | Cash | Executive Dir. | Monica Cash | 703710338 |
| 11. | 11/15/01 | 11/15/01 | 7177 | 206758413 | $1,000 | Monica Cash | Executive Dir. | Monica Cash | 703710338 |
| 12. | 11/20/01 | 11/21/01 | 3702 | 206703309 | $800 | Monica Cash | Political Dir. | Monica Cash | 703710338 |
| 13. | 11/25/01 | 11/26/01 | 3703 | 206703309 | $1,500 | Monica Cash | Political Dir. | Monica Cash | 703710338 |
| 14. | 12/14/01 | 12/17/01 | 3704 | 206703309 | $2,000 | Monica Cash | Executive Dir. | Monica Cash | 703710338 |
| 15. | 12/20/01 | 12/21/01 | 7180 | 206758413 | $1,000 | Monica Cash | Illegible | Monica Cash | 703710338 |
| 16. | 12/24/01 | 12/24/01 | 7181 | 206758413 | $600 | Cash | Executive Dir. | Monica Cash | 703710338 |
| 17. | 01/04/02 | 01/04/02 | 4107 | 206703279 | $300 | Monica Cash | Executive Dir. | Monica Cash | 703710338 |
| 18. | 01/11/02 | 01/11/02 | 4117 | 206703279 | $500 | Cash | Executive Dir. | Monica Cash | 703710338 |
| 19. | 01/29/02 | 01/29/02 | 7184 | 206758413 | $600 | Cash | Executive Dir. | Monica Cash | 703710338 |
| 20. | 02/04/02 | 02/04/02 | 7186 | 206758413 | $500 | Cash | Executive Dir. | Monica Cash | 703710338 |
| 21. | 04/05/02 | 04/08/02 | 7189 | 206758413 | $500 | Monica Cash | Executive Dir. | Monica Cash | 703710338 |
| 22. | 04/22/02 | 04/24/02 | 7191 | 206758413 | $1,500 | Cash | Executive Dir. | Monica Cash | 703710338 |
| 23. | 05/02/02 | 05/02/02 | 3723 | 206703309 | $1,000 | Monica Cash | Executive Dir. | Monica Cash | 703710338 |
| 24. | 05/16/02 | 05/16/02 | 3724 | 206703309 | $3,000 | Cash | Executive Dir. | Monica Cash | 703710338 |
| 25. | 06/07/02 | 06/10/02 | 3725 | 206703309 | $1,500 | Monica Cash | Executive Dir. | Monica Cash | 703710338 |
| 26. | 06/21/02 | 06/24/02 | 3727 | 206703309 | $3,000 | Monica Cash | Executive Dir. | Monica Cash | 703710338 |

| # | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 27. | 07/05/02 | 07/05/02 | 3439 | 206703287 | $1,200 | Cash | Executive Dir. | Monica Cash | 703710338 |
| 28. | 07/31/02 | 07/31/02 | 3729 | 206703309 | $2,000 | Monica Cash | Executive Dir. | Monica Cash | 703710338 |
| 29. | 08/19/02 | 08/19/02 | 7200 | 206758413 | $3,000 | Monica Cash | Executive Dir. | Monica Cash | 703710338 |
| 30. | 09/04/02 | 09/05/02 | 3730 | 206703309 | $1,500 | Monica Cash | Executive Dir. | Monica Cash | 703710338 |
| 31. | 09/13/02 | 09/16/02 | 4382 | 206703279 | $500 | Cash | Executive Dir. | Monica Cash | 703710338 |
| 32. | 09/27/02 | 09/30/02 | 4388 | 206703279 | $500 | Cash | Executive Dir. | Monica Cash | 703710338 |
| 33. | 10/11/02 | 10/11/02 | 7205 | 206758413 | $1,500 | Monica Cash | Executive Dir. | Monica Cash | 703710338 |
| 34. | 11/04/02 | 11/06/02 | 7207 | 206758413 | $3,000 | Cash | Executive Dir. | Monica Cash | 703710338 |
| 35. | 11/21/02 | 11/25/02 | 3444 | 206703287 | $800 | Cash | Executive Dir. | Monica Cash | 1000002384237 |
| 36. | 12/06/02 | 12/09/02 | 4475 | 206703279 | $1,400 | Cash | Executive Dir. | Monica Cash | 703710338 |
| 37. | 01/08/03 | 01/08/03 | 4434 | 206703279 | $250 | Monica Cash | Executive Dir. | Monica Cash | 703710338 |
| 38. | 01/17/03 | 01/21/03 | 7210 | 206758413 | $500 | Monica Cash | Executive Dir. | Monica Cash | 703710338 |
| 39. | 02/06/03 | 03/24/03 | 6348 | 206703260 | $1,000 | Monica Cash | Executive Dir. | Monica Cash | 703710338 |
| 40. | 02/21/03 | 02/26/03 | 3733 | 206703309 | $1,500 | Monica Cash | Executive Dir. | Monica Cash | 703710338 |
| 41. | 03/04/03 | 03/12/03 | 3734 | 206703309 | $1,000 | Monica Cash | Executive Dir. | Monica Cash | 703710338 |
| 42. | 03/18/03 | 03/20/03 | 3446 | 206703287 | $600 | Monica Cash | Executive Dir. | Monica Cash | 703710338 |
| 43. | 04/03/03 | 04/07/03 | 3739 | 206703309 | $1,000 | Monica Cash | Executive Dir. | Monica Cash | 703710338 |
| 44. | 04/14/03 | 04/15/03 | 3447 | 206703287 | $1,000 | Monica Cash | Executive Dir. | Monica Cash | 703710338 |
| 45. | 04/24/03 | 04/28/04 | 3740 | 206703309 | $1,000 | Monica Cash | Executive Dir. | Monica Cash | 703710338 |
| 46. | 05/21/03 | 05/27/03 | 3448 | 206703287 | $2,000 | Monica Cash | Executive Dir. | Monica Cash | 703710338 |
| 47. | 06/10/03 | 06/16/03 | 3748 | 206703309 | $1,500 | Monica Cash | Executive Dir. | Monica Cash | 703710338 |
| 48. | 06/24/03 | 06/26/03 | 3449 | 206703287 | $2,000 | Monica Cash | Executive Dir. | Monica Cash | 703710338 |
| 49. | 07/02/03 | 07/03/03 | 3753 | 206703309 | $5,000 | Monica Cash | Executive Dir. | Monica Cash | 703710338 |
| 50. | 07/28/03 | 07/29/03 | 4263 | 206703295 | $600 | Monica Cash | Executive Dir. | Monica Cash | 703710338 |
| 51. | 08/25/03 | 08/26/03 | 7221 | 206758413 | $1,000 | Monica Cash | Executive Dir. | Monica Cash | 703710338 |
| 52. | 08/28/03 | 09/02/03 | 3771 | 206703309 | $2,000 | Monica Cash | Executive Dir. | Monica Cash | 703710338 |
| 53. | 08/28/03 | 09/03/03 | 3453 | 206703287 | $1,000 | Monica Cash | Executive Dir. | Not endorsed | 703710338 |
| 54. | 09/11/03 | 09/12/03 | 7223 | 206758413 | $1,000 | Monica Cash | Executive Dir. | Monica Cash | 703710338 |
| 55. | 10/06/03 | 10/0703 | 6364 | 206703260 | $5,000 | Monica Cash | Executive Dir. | Monica Cash | 703710338 |
| 56. | 10/22/03 | 10/23/03 | 6369 | 206703260 | $2,000 | Monica Cash | Executive Dir. | Monica Cash | 703710338 |
| 57. | 11/17/03 | 11/19/03 | 7228 | 206758413 | $1,500 | Monica Cash | Executive Dir. | Monica Cash | 703710338 |
| 58. | 12/23/03 | 12/26/03 | 3457 | 206703287 | $1,000 | Monica Cash | Executive Dir. | Monica Cash | 703710338 |

10.  CASH concealed the disbursements from WCF's business checking accounts (as set forth in Table A, above) by deleting the transactions from WCF's internal database in order to avoid detection.

11.  As a registered political committee, WCF was required by law to file periodic financial disclosure reports with the FEC that accurately reflected, among other things, all of WCF's disbursements, including, but not limited to, all total disbursements as well as the name and address of any person who received a disbursement in an aggregate amount or value in excess of $200 within the calendar year, together with the date, amount, and purpose of any such disbursement. 2 U.S.C. §§ 434(b)(4), 434(b)(6)(B)(v).

12.  WCF's internal database was the primary tool used by WCF to track donor information, contribution amounts, and disbursements. The data that CASH entered into WCF's internal database was ultimately used to complete financial disclosure reports filed with the FEC. Because she maintained WCF's internal database, CASH's duties included preparing the FEC financial disclosure reports.

13.  When prompted, WCF's internal database automatically formatted the recorded data, calculated the financial information, and placed it into the proper FEC disclosure form. CASH sent the financial disclosure reports to the FEC electronically.

14.  By deleting from the internal database the fraudulent disbursements to herself listed in Table A, above, CASH caused WCF's quarterly and other periodic reports to the FEC to be inaccurate because they understated WCF's actual disbursements. For example, on or about January 31, 2002, CASH filed a year-end report (FEC Filing No. 26483) with the FEC covering the period July 1, 2001 through December 31, 2001. In this year-end report, CASH listed WCF's total disbursements as $277,022.88 when, as CASH knew, in truth and in fact, WCF's actual total disbursements was $318,822.88.

15. As a result of CASH's embezzlement of WCF funds and her attempts to conceal her embezzlement by deleting disbursements to CASH from WCF's internal database, CASH also caused the following reports to the FEC to be inaccurate by falsely reporting WCF's disbursements:

**TABLE B**

| Date of Filing | FEC Filing Number | Filing Type | Dates Covered By Filing | Total WCF Disbursement Reported In Filing | Actual WCF Disbursement Due To Embezzlement |
|---|---|---|---|---|---|
| 04/12/02 | 32009 | April Quarterly | 01/01/02 - 03/31/02 | $223,260.20 | $225,160.20 |
| 07/09/02 | 41083 | July Quarterly | 04/01/02 - 06/30/02 | $175,315.22 | $185,815.22 |
| 10/15/02 | 54595 | Oct. Quarterly | 07/01/02 - 09/30/02 | $137,822.39 | $145,382.39 |
| 10/21/02 | 57434 | Pre-General | 10/01/02 - 10/16/02 | $50,519.77 | $52,019.77 |
| 12/04/02 | 67046 | Post-General | 10/17/02 - 11/25/02 | $184,626.52 | $187,626.52 |
| 01/29/03 | 73035 | Year-End | 11/26/02 - 12/31/02 | $35,854.39 | $37,254.49 |
| 07/30/03 | 92555 | July Quarterly | 01/01/03 - 06/30/03 | $452,782.34 | $459,532.34 |
| 01/28/04 | 105414 | Year-End | 07/01/03 - 12/31/03 | $417,357.22 | $427,857.22 |

\* \* \*

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to Count 2 in the Indictment filed against me on March 16, 2007. I am competent to make this statement, and I do so knowingly and voluntarily and because I am in fact guilty of the crime charged. I have discussed this factual basis with my attorneys, and I understand that this statement is admissible as evidence against me if I failed to comply with the plea agreement.

DATE: April 19, 2007

_____
MONICA J. CASH
Defendant


A.J. KRAMER
Federal Public Defender

_____
CARLOS J. VANEGAS
Assistant Federal Public Defender
Federal Public Defender's Office
625 Indiana Avenue, NW, Suite 550
Washington, D.C. 20004

Attorney for Defendant