HONORABLE ELLEN SEGAL HUVELLE, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Docket No.: <u>CR-07-0064-01</u> |
| vs. | : SSN: |
| CASH, Monica | : Disclosure Date: <u>July 5, 2007</u> |

RECEIVED
[stamp] 2007 JUL 27 A 9:37
U.S. PROBATION OFFICE
DISTRICT OF COLUMBIA

FILED
AUG 10 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____       _____
Prosecuting Attorney                                                     Date

### For the Defendant
(CHECK APPROPRIATE BOX)
(X) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_Monica Cash_  7/13/07             _[signature]_  7/17/07
Defendant         Date                  Defense Counsel     Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>July 19, 2007</u>, to U.S. Probation Officer <u>Kelly Kraemer-Soares</u>, telephone number <u>(202) 565-1353</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
        United States Probation Officer

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
2007 JUL 27  A 9: 37

UNITED STATES OF AMERICA  )
)
)  Crim. No. 07-064(ESH)
v.  )
)
MONICA CASH  )
)

## DEFENDANT'S CORRECTIONS TO THE PRE-SENTENCE REPORT

Monica Cash, through undersigned counsel, respectfully submits the following objections and/or suggested corrections to the PSR submitted by Probation Officer Kelly Kraemer-Soares.

1. Ms. Cash' mother, Reta Wright is retired and her husband James Wright is deceased. PSR ¶ 35.

2. Ms. Cash's wages have been garnished $95.00 a week which pay a debt to Pohanka car dealership. PSR ¶ 59.

WHEREFORE, undersigned submits the forgoing, non material corrections

Respectfully submitted,
A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____
Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500

## CERTIFICATE OF SERVICE

    I, Carlos J. Vanegas, Assistant Federal Public Defender, hereby certify that I have served a copy of the foregoing Defense Objections to the PSR upon United States Probation Officer Kelly Kraemer-Soreases, on this the 18th day of ~~April~~ July 2007 and to Edward P. Sullivan, Trial Attorney, Public Integrity Section Criminal Division, U.S. Department of Justice 1400 New York Avenue, NW 12th Floor Washington, D.C. 20005

                                                Carlos J. Vanegas
                                                Assistant Federal Public Defender

7/8/07
**DATE:**