HONORABLE ELLEN SEGAL HUVELLE, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: **CR-07-0064-01** |
| vs. | : | SSN: |
| CASH, Monica | : | Disclosure Date: **July 5, 2007** |

**FILED**

**AUG 1 0 2007**

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government
(CHECK APPROPRIATE BOX)
(X) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_Edward P. Sullivan_                            7/14/07
**Prosecuting Attorney**                        **Date**

### For the Defendant
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____    _____        _____    _____
**Defendant**           **Date**            **Defense Counsel**    **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **July 19, 2007**, to U.S. Probation Officer **Kelly Kraemer-Soares**, telephone number **(202) 565-1353**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:  Gennine A. Hagar, Chief
     United States Probation Officer



**U.S. Department of Justice**

Criminal Division

---

Washington, D.C. 20530

July 16, 2007

<u>BY FEDERAL EXPRESS</u>

Ms. Kelly Kraemer-Soares
United States Probation Office
United States District Court
  for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

    Re:    <u>United States v. Monica J. Cash, No. CR-07-0064-01 (D.D.C.)</u>

Dear Ms. Kraemer-Soares:

    The United States has received and reviewed the Presentence Investigation Report ("PSR") dated July 5, 2007, in the above-referenced matter. We do not have any objection to the PSR, but wish to bring to your attention one item that may need clarification regarding defendant's "total offense level."

    As a threshold matter, the United States and defendant have agreed in paragraph 9 of the Plea Agreement that the total offense level is 12, resulting in a Zone C sentencing range of 10-16 months. The parties further agreed that defendant may seek and advocate for a variance pursuant to 18 U.S.C. § 3553, and that the United States, in turn, could object to any such request and to advocate for a sentence within the calculated range of the United States Sentencing Guidelines. See Plea Agreement at ¶ 10.

    Notwithstanding the parties' agreement, your office includes as part of the offense level computation a two-level upward adjustment for abusing a position of private trust. <u>See</u> PSR at ¶ 25. There is also a two-level downward adjustment for defendant's acceptance of responsibility in paragraph 30 of the PSR. This results in a total offense level of 14 as reflected in paragraph 30. However, in paragraph 66 of the PSR, there is a reference to a "total level of 13" and a "guideline range for imprisonment [of] 12 to 18 months." This assumes, however, that the United States moves the Court "for an additional one-level reduction under U.S.S.G. § 3E1.1(b)." <u>See id.</u> at ¶ 67. Because of the apparent inconsistency in the total offense level calculations for these separate sections of the PSR, your office may want to indicate in paragraphs 21-31 that the total offense level is 13 – again, assuming the United States files a motion for an additional one-level reduction for acceptance of responsibility in a timely manner that saves our resources.

If you have any questions regarding the foregoing, or any matter relating to this case, please feel free to contact me at 202-514-1412.

Very truly yours,

William M. Welch II
Chief, Public Integrity Section

By: *[signature]*
Edward P. Sullivan
Trial Attorney
Public Integrity Section

Encls.

## CERTIFICATION OF SERVICE

I hereby certify that on this 16th day of July 2007, I caused to be served by facsimile a complete copy of the foregoing Response to the July 5, 2007, Presentence Investigation Report addressed as follows:

>CARLOS J. VANEGAS
>Assistant Federal Public Defender
>Federal Public Defender's Office
>625 Indiana Avenue, NW, Suite 550
>Washington, D.C. 20004
>
>Attorney for Defendant

_____
Edward P. Sullivan